# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Alexander Celaya-Ortiz** DOB: 1999; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. 21-00405MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii) ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 20, 2021, in the District of Arizona, **Alexander Celaya-Ortiz**, knowing or in reckless disregard that certain illegal aliens, including Juan Aquino-Sanchez, Wilson Ponce-Gonzalez, Orellana Ana-Elisa and Sandra Portillo, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 20, 2021, Special Agents assigned to the Homeland Security Investigations office in Sells, Arizona, were notified by a source of information that there was a possible cloned U.S. Border Patrol government vehicle being used by a criminal organization to smuggle noncitizens into the U.S. Special agents and Task Force Officers set up in the town of Three Points to observe the Border Patrol vehicles driving in that area. At approximately 1:00 AM, on August 21, 2021, agents observed a marked U.S. Border Patrol Chevrolet Tahoe driving west along State Route 86. The agent who observed this was east of the Three Points Border Patrol Station so they could ensure this vehicle had not been parked or had left the station. Agents at the checkpoint observed M05805 driving westbound through the SR-86 Border Patrol Checkpoint. Agents observed the paint job was still very shiny and rather clean. The body style of the Tahoe was much older and the first "0" in the "Mike" refers to the year of the vehicle. This would mean the Tahoe had been in service since 2010 and if that were true the paint job would have been more worn out. The letters appeared to be less blocky also. The Tahoe drove quickly through the checkpoint. Agents ran the plate number on the Tahoe, and it did not come back stolen or lost. Tucson Border Patrol station was notified and asked if they had a M05805, and if so, identify who has it and where. Tucson station advised that they had loaned that vehicle to Three Points station. Three Points Border Patrol station then checked their fleet and discovered they had keys to a M05805. They then checked the actual vehicle fleet and were able to locate M05805 parked in the station parking lot.

Agents continued to follow the Tahoe as it drove to Sells, Arizona. The Tahoe kept going south on Federal Route 19 and was not followed by any other Law Enforcement. The DHS plates on the Tahoe were run through registration checks and did come back to a 2010 Chevrolet Tahoe. Agents observed the suspected clone Tahoe driving through Sells and notified agents that it was heading back out to the Checkpoint on SR-86. Typically, Border Patrol Agents do not drive from their assigned stations to the border and quickly return to their stations. Agents proceeded to follow the Tahoe to the SR-86 Checkpoint where Border Patrol Agents attempted to stop the vehicle. The Tahoe did not stop, and a Controlled tire deflation device was deployed.
**Continued on back.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Juan Aquino-Sanchez, Wilson Ponce-Gonzalez, Orellana Ana-Elisa and Sandra Portillo

| Detention Requested<br>　　Being duly sworn, I declare that the foregoing is<br>　　true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/pl | SIGNATURE OF COMPLAINANT<br>**JORGE A DURAN** Digitally signed by JORGE A DURAN<br>Date: 2021.08.23 11:30:37 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI NATIVE Special Agent<br>Jorge Duran |
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE | DATE<br>August 23, 2021 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**Continued from front.**

The Tahoe was stopped and only one subject absconded from the vehicle. Ten subjects were in the vehicle. They were identified as noncitizens, illegally present in the U.S. The driver abandoned a Motorola radio with a lapel mic and a short time later took off his shirt which was green and had sewn on Border Patrol patches. Border Patrol Agents proceeded to follow the foot sign of the subject that absconded from the cloned Tahoe. A few hours later with the assistant of a canine and an air asset the driver was apprehended. The driver was identified as **Alexander CELAYA-Ortiz**.

Material witness Juan Aquino-Sanchez stated he is a citizen of Mexico. Aquino-Sanchez stated he travelled to Altar, Sonora, Mexico and made arrangements to be smuggled into the United States. Aquino-Sanchez stated he paid approximately $9,000 and was told he paid a special price because he would be picked up in a cloned Border Patrol ride. Aquino-Sanchez stated he was told that smugglers had previously attempted this method of using a cloned Border Patrol vehicle and were successful. Aquino-Sanchez stated he did notice that the driver was wearing a green uniform and described him as being short, possible Mexican descent and light skin complected. AQUINO stated he did speak Spanish and was told to lay down because they were going to pass a Border Patrol checkpoint.

Material witness Wilson Ponce-Gonzalez stated he is a citizen of Guatemala and made arrangements to be smuggled into the United States in Guatemala. Ponce-Gonzalez stated he paid approximately $12,000 to be smuggled into the United States. Ponce-Gonzalez stated he did not know that he was going to get picked up in a cloned Border Patrol vehicle. Ponce-Gonzalez stated he was told by the smugglers that would be picked up in a special method that was very secure and would get him where he wanted to go in the United States. Ponce-Gonzalez stated he did not see who the driver or if he was wearing a Border Patrol uniform because it was dark. Ponce-Gonzalez stated he was told by the driver to get into the vehicle and lay down.

Material witness Orellana Ana-Elisa stated she is a citizen of Guatemala and she made arrangements in Guatemala to be smuggled into the United States. Ana-Elisa stated she paid approximately $11,600 to be smuggled into the United States. Ana-Elisa stated that she and the other non-citizens she was with walked to an area where they were picked up. Ana-Elisa stated she did not know they were going to be picked up by a cloned Border Patrol vehicle. Ana-Elisa stated she was told by the smugglers that she was going to get picked up in a method that would guarantee she would get to where she wanted to in the United States. Ana-Elisa stated she noticed the driver of the vehicle was wearing a green uniform. Ana-Elisa stated the driver spoke Spanish and told her to get in the vehicle.

Material witness Sandra Portillo stated she made arrangements in Altar, Sonora, Mexico with a young man to illegally cross into the United States. Portillo stated she was going to pay $3,500 upon getting to Phoenix, Arizona and another $2,000 once she reached her final destination. Portillo stated she was not told she picked up by a cloned Border Patrol vehicle.